

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| *Rahul Agarwal*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, New Jersey 07102*<br><br>*Direct Dial: (973) 297-4395*<br>*Facsimile:  (973) 297-2006* |

January 26, 2020

<u>Via ECF</u>

Honorable Katharine S. Hayden
Senior United States District Judge
District of New Jersey
Frank Lautenberg U.S. Courthouse &
 Post Office Bldg
Newark, New Jersey 07101

   Re: <u>United States v. Daniel Pent</u>
     Criminal No. 19-706 (KSH)

Dear Judge Hayden:

  The Government respectfully requests an adjournment of at least 90 days of the sentencing that is currently scheduled in this matter for January 29, 2020 at 2:00 PM.

          Respectfully submitted,

          CRAIG CARPENITO
          United States Attorney

          s/Rahul Agarwal

          BY: RAHUL AGARWAL
          Assistant U.S. Attorney

cc: Michael Calabro, Esq.