**LAW OFFICES OF MICHAEL V. CALABRO**
Bar. No.:001201986
475 Bloomfield Avenue
Newark, New Jersey 07107
(973) 482 – 1085

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : Criminal No.: 19-cr-706 |
| Vs. | : |
| DANIEL PENT | : CRIMINAL ACTION |
| Defendant. | : CONSENT ORDER |

This matter having been opened to the Court by Michael V. Calabro, Esq., attorney for defendant, Daniel Pent for an Order temporarily releasing the unsecured appearance bond and Jihee G. Suh, Esq., Assistant United States Attorney, appearing for the government and consenting to the form and entry of this Order and United States Pretrial Services Office taking no position,

IT IS on this __12th__ date of __April__, 2022;

ORDERED that the bail conditions are hereby modified to remove the unsecured bond for a period of thirty (30) to allow for the sale of the defendant's currently encumbered home, 33 Zeliff Avenue. Little Falls, New Jersey 07424. A financial transaction approved by Pretrial Services. The unsecured bond will be reinstated thirty (30) days from the date of this Order.

ORDERED that all other conditions of pre-trial release remain in effect.

_____
Michael V. Calabro, Esq.

_____
Jihee Suh, Asst. United States Attorney

_____
Hon. JAMES B. CLARK III