DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL PENT<br><br>Defendant(s). | Criminal No.  19-706<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  DANIEL PENT                              .

Date:  August 3, 2022

PHILIP R. SELLINGER
United States Attorney

By:  Jihee G. Suh
Assistant U.S. Attorney